UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY N. MORAN, | ) Case No.: 5:14-CV-00633-LHK |
| Plaintiff, | ) ORDER RE VOLUNTARY DISMISSAL |
| v. | ) |
| HSBC BANK USA, N.A. AS TRUSTEE FOR LUMINENT MORTGAGE TRUST 2006-7, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-7; WELLS FARGO BANK, N.A.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; FIDELITY NATIONAL TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-100, inclusive, | ) |
| Defendant. | ) |

Regarding the February 28, 2014 dismissal as to Fidelity National Title Company, the parties filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 6. Accordingly, the dismissal was effective without court order, and no order shall issue. The parties shall not submit any more e-mail inquiries regarding this notice.

1

Case No.: 5:14-CV-00633-LHK
ORDER RE VOLUNTARY DISMISSAL

1  **IT IS SO ORDERED.**

2  Dated: May 15, 2014

      *Lucy H. Koh*
3  _____
   LUCY H. KOH
   United States District Judge